**Myrna CHEFFER, Plaintiff–Appellant,**

v.

**Robert McGREGOR, Circuit Judge for the 18th Judicial Circuit, Norman Wolfinger, State Attorney for Seminole and Brevard Counties, Claude Miller, Sheriff for Brevard County, Keith I. Chandler, Melbourne, Chief of Police, Defendants–Appellees.**

No. 93–2407.

United States Court of Appeals, Eleventh Circuit.

Dec. 14, 1994.

Mathew D. Staver, Jeffrey T. Kipi, Orlando, FL, for appellant.

Gerald B. Curington, Asst. Atty. Gen., Dept. of Legal Affairs, Tallahassee, FL,

James L. Reinman, Melbourne, FL, Jennifer Parker LaVia, Gayle Smith Swedmark, Tallahassee, FL, for appellees.

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

The district court's order is vacated and the case is remanded for reconsideration in light of the Supreme Court's recent decision in *Madsen v. Women's Health Ctr., Inc.,* —— U.S. ——, 114 S.Ct. 2516, 129 L.Ed.2d 593 (1994).

VACATED and REMANDED.